**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

| | |
|---|---|
| **Fredric Winnail a/k/a Fritz Winnail and Susan Winnail** | **CASE NO. 8:17-bk-01348-CPM** |
|         Debtors. | Chapter 7 |
| _____/ | |

**NOTICE OF RESCHEDULED §341 MEETING OF CREDITORS**

      Be advised that the §341 Meeting of Creditors for the above styled case has been rescheduled for **Tuesday, April 11, 2016 at 8:30 am**, before Trustee Angela Welch, located at Room 100-C, 501 East Polk Street (Timberlake Annex), Tampa, Florida 33602.

                                        /s/ Gary A. Carnal
                                        Gary A. Carnal, Esquire
                                        Carnal & Mansfield, P.A.
                                        6528 Central Avenue, Suite B
                                        St. Petersburg, Florida 33707
                                        (727) 381-8181
                                        Florida Bar Number: 210188
                                        Email: office@cmlawpa.com

**CERTIFICATE OF SERVICE**

I certify that copies of the foregoing Notice of Rescheduled §341 Meeting of Creditors has been sent by First Class U.S. Mail on March 27, 2017, to the parties listed on the attached label matrix for local noticing and/or by electronic delivery via the Court CM/ECF service.

                                        /s/ Gary A. Carnal
                                        Gary A. Carnal, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:17-bk-01348-CPM<br>Middle District of Florida<br>Tampa<br>Mon Mar 27 09:19:30 EDT 2017 | State Farm Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Fredric Winnail<br>7037 Sunset Drive South<br>303<br>Saint Petersburg, FL 33707-2868 |
| Susan Winnail<br>7037 Sunset Drive South<br>303<br>Saint Petersburg, FL 33707-2868 | ARS National Services, Inc.<br>P.O. Box 463023<br>Escondido, CA 92046-3023 | Alexander Romanov<br>Baya Harrison, Burr & Forman<br>200 South Orange Avenue<br>Suite 800<br>Orlando, FL 32801-6404 |
| Alyson Briggs<br>c/o Righard A Harrison, PA<br>400 North Ashley Drive<br>Suite 2600<br>Tampa, FL 33602-4310 | Amex<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Brian P. Buchert, Esq<br>2401 West Kennedy Boulevard<br>Suite 201<br>Tampa, FL 33609-3356 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Card Services<br>Correspondence Dept<br>Po Box 15278<br>Wilmington, DE 19850-5278 | Chase Card/Amazon<br>Attn: Correspondence<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Ciega Cove Condominium<br>2500 1st Avenue North<br>Saint Petersburg, FL 33713-8702 |
| Citibank / Sears<br>Citicorp Credit Services<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Client Services, Inc.<br>3451 Harry S. Truman Blvd<br>Saint Charles, MO 63301-9816 | Client Services, Inc.<br>3451 Harry St.<br>Truman Blvd.<br>Saint Charles, MO 63301-9816 |
| Debski & Assoc.<br>P.O. Box 47718<br>Jacksonville, FL 32247-7718 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | FBCS, Inc<br>330 S. Warminster Road<br>Suite 353<br>Hatboro, PA 19040-3433 |
| FMS, Inc.<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 | First Point<br>225 Commerce Place<br>Greensboro, NC 27401-2426 | First Source Advantage, LLC<br>205 Bryant Woods South<br>Buffalo, NY 14228-3609 |
| Frontier Communications<br>PO Box 740407<br>Cincinnati, OH 45274-0407 | LTD Financial Services, L.P.<br>7322 SW Freeway<br>Suite 1600<br>Houston, TX 77074-2134 | MCM<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108-2709 |
| MRS Associates<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003-2016 | Midland Funding<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| State Farm Financial Service<br>1 State Farm Plaza<br>Bloomington, IL 61710-0001 | US Bank/Duquesne Univ.<br>P.O. Box 79040<br>Saint Louis, MO 63179 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| United Recovery<br>P.O. Box 4043<br>Concord, CA 94524-4043 | Wells Fargo<br>Bankruptcy Dept<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo/Dillards<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Attn: Bankruptcy<br>Po Box 1847<br>Wilson, NC 27894 | Portfolio Recovery<br>120 Corporate Blvd.Ste. 100<br>Norfolk, VA 23502-4962 | (d)Portfolio Recovery<br>P.O. Box 41067<br>Norfolk, VA 23541 |
| US Bank/Rms CC<br>Card Member Services<br>Po Box 108<br>St Louis, MO 63166 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Catherine Peek McEwen<br>Tampa | (d)State Farm Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     2<br>Total                  37 |