UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

FREDRIC WINNAIL a/k/a FRITZ WINNAIL      Case No. 8:17-bk-01348-CPM
SUSAN WINNAIL,                           Chapter 7

     Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel for **ALEXANDER NICHOLAS ROMANOV** ("Creditor"), creditor and party-in-interest, and pursuant to Fed. R. Bankr. P. 2002 and 9010(b) and Local Rule 2002-1, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the following:

Baya W. Harrison, Esq.
**BURR & FORMAN LLP**
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Phone: (407) 540-6600
Fax: (407) 540-6601
E-mail: bharrison@burr.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Papers, nor any later appearance, pleading, claim, or suit shall waive any: (1) right to have final orders in non-core matters entered

29224025 v1

only after de novo review by a District Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Creditor are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

Dated this 4th day of April, 2017.

Respectfully submitted,

/s/ Baya W. Harrison
Baya W. Harrison, Esquire
Florida Bar No. 114085
Burr & Forman, LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida  32801
Phone:  (407) 540-6600
Fax: (407) 540-6601
E-mail: bharrison@burr.com
*Attorneys for Alexander Nicholas Romanov*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system and/or via First Class U.S. Mail on April 4, 2017 to:  Debtors:  Fredric Winnail and Susan Winnail, 7037 Sunset Drive South #303, Saint Petersburg, FL  33707; Debtors' Counsel: Gary A. Carnal, Esq., ([office@cmlawpa.com](office@cmlawpa.com)), Carnal & Mansfield, P.A., 6528 Central Avenue, Suite B, St. Petersburg, FL  33707-1330; Trustee: Angela Welch, 12157 West Linebaugh Avenue, PMB 40, Tampa, FL  323626; and the Office of the U.S. Trustee, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602.

                                                                       */s/ Baya W. Harrison*
                                                                       Baya W. Harrison, Esquire